UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO



FILED

2020 AUG -3 PM 2:46

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
CINCINNATI, OHIO

In re Case No. __18-12953__

__Hopkins_____ Judge:
      Debtor(s)

Chapter: 13

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of the Movant's knowledge, a check in the amount of $ 3568.50 was issued to

__Mary Balxa-Owens_____ (name of original creditor/claimant).

2. To the best of the Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

__Curren Law Office_____

__330 Jefferson st. P.o. Box 149_____

__Greenfield OH 45123_____ EIN __84-06440704_____

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

The check was received by an heir, given to the administratrix and deposited in the Estate checking account. Neither the bank officer nor the administratrix noted that the check was stale by two weeks.

When administratrix was notified by that a check written on the account was returned. Administratrix checked with the bank and was told that the check had been sent to the state of Ohio's unclaimed funds. After several months administratrix contacted the bankruptcy attorney and learned the check was returned to the Bankruptcy Court.

As the case was dismissed, the bankruptcy attorney Brent Jarnicki, Esq. is no longer attorney. All money deposited by Mrs. Baxla before her death was returned when the case was dismissed. No claim against the estate has been made by any other creditor. Thus, none of the prior creditor will be served with this request.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. §152, a fine or imprisonment or both may be imposed if he/she

knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to the Movant at the above address.

_____
Movant's signature

Carol Ann Curren, Administratrix for the Estate of Mary Baxla-Owens
Movant's printed name

*Conrad A. Curren*
*Carol Ann Curren*
Attorneys at Law
P.O. Box 149
330 Jefferson Street
Greenfield, Ohio 45123



CERTIFIED MAIL

7016 0600 0000 8491 1838





U.S. POSTAGE PAID
FCM LETTER
ALBANY, OH
45710
JUL 30, 20
AMOUNT

$4.25

R2305K142089-02

US Bankruptcy Court

221 East Fourth St.

Atrium Two Suite 800

Cincinnati, OH 45202
45202$4120  C043